IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| PARK HOTELS & RESORTS, INC., et al., <br><br> *Plaintiffs* <br><br> v. <br><br> SPINNAKER RESORTS, INC., et al. <br><br> *Defendants.* | Civil No. 1:16-cv-1217 <br><br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on a Report and Recommendation from Magistrate Judge Nachmanoff. The Report and Recommendation (Dkt. No. 34), dated February 3, 2017, found that Plaintiffs Park Hotels & Resorts, Inc., Hilton Grand Vacations Company, LLC, and Hilton International Holding, LLC (collectively, "Hilton") were entitled to a partial default judgment in its favor. No objections have been filed, and Defendant has not made any appearances in this case. Therefore, after reviewing the filings in this case, and finding good cause to do so, the Court hereby **APPROVES AND ADOPTS** the Report and Recommendation (Dkt. No. 34) in full.

Accordingly, Plaintiffs' request for declaratory and injunctive relief is hereby **GRANTED**. Specifically, Defendant is **ENJOINED** from: (1) falsely representing that its products, services, or business are affiliated with, sponsored by, approved by, authorized by, or originating from Hilton; (2) using the Hilton name or marks or any other trademark imitation in connection with its goods, products, or services not authorized by or originating from Hilton; (3) making any false or misleading statements in promotional materials or telemarketing; and (4)

1

committing any deceptive, unlawful, or unfair acts with the intention of confusing consumers that its services are Hilton's services or otherwise approved by or associated with Hilton. To ensure compliance with this Order, Defendant is further **ORDERED** to: (1) within 60 days, file a written report under oath regarding compliance with the Court's order; and (2) disclose and destroy any confidential or proprietary information or data related to Hilton and its customers.

For the reasons stated in the Report and Recommendation, Plaintiffs' motion for attorney's fees in the amount of $6,301.90 is similarly **GRANTED**. Because Plaintiffs do not specify a monetary amount for their claimed damages, Plaintiffs' request for any additional award is **DENIED** in full.

It is **SO ORDERED**.

March __, 2017
Alexandria, Virginia

Liam O'Grady
United States District Judge